# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 944 |
| | : | |
| REAPPOINTMENT TO COURT OF | : | SUPREME COURT RULES DOCKET |
| JUDICIAL DISCIPLINE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2023, Magisterial District Judge Daniel E. Baranoski, Bucks County, is hereby reappointed as a member of the Court of Judicial Discipline for a term expiring November 5, 2024.